No. 96-8440.  MCREYNOLDS v. MARK, JUSTICE, FAMILY COURT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 96-8442.  LEVY v. FRESH FIELDS MARKET, INC.  C. A. 4th Cir.  Certiorari denied.

No. 96-8444.  RICHARDS v. BROWN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96-8449.  NEESE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96-8450.  MONROE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 96-8454.  ELISON ET UX. v. BANK OF NEW YORK.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 96-8455.  ETEMAD v. CALIFORNIA DEPARTMENT OF WATER RESOURCES CONTROL BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 96-8464.  LAMBERT v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 96-8468.  EASTERWOOD v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 96-8469.  HAWKINS v. MICHIGAN DEPARTMENT OF CORRECTIONS.  C. A. 6th Cir.  Certiorari denied.

No. 96-8471.  SIX v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 96-8474.  HOUSER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96-8476.  BELTON v. DOW CHEMICAL CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96-8483.  TAPLIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.